# IN THE SUPREME COURT OF THE STATE OF NEVADA

SATICOY BAY, LLC SERIES 1501
RAVANUSA DRIVE,

     Appellant,

   vs.

SEVEN HILLS MASTER COMMUNITY
ASSOCIATION; AND ALMA
DEMETILLO, F/K/A ALMA KRISTINA
QUIAMBAO, INDIVIDUALLY,

     Respondents.

No. 81959

FILED

APR 06 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY: _____
   DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed.[1] The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

     CLERK OF THE SUPREME COURT
     ELIZABETH A. BROWN

     BY: _____

cc: Chief Judge, Eighth Judicial District Court
  Eighth Judicial District Court, Department 8
  Thomas J. Tanksley, Settlement Judge
  Roger P. Croteau & Associates, Ltd.
  Ghidotti Berger/Las Vegas
  Boyack Orme & Anthony
  Eighth District Court Clerk

---

[1]Given this dismissal, the court takes no action on the motion for a second extension of time to file the opening brief.